In the Matter of the Accounting of SIXTH AVENUE BAPTIST SOCIETY, as Administrator with the Will Annexed of the Estate of MARY FOX, Deceased.

FRANK FINBERG, Appellant; SIXTH AVENUE BAPTIST SOCIETY, as Administrator and Residuary Legatee, Respondent.

Argued October 8, 1942; decided November 25, 1942.

*Philip Bramnick* and *James E. Bennet* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.